UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ANNE D., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　　　　　　Defendant. | Case No.:  23-cv-1698-DDL <br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND** <br><br>**[Dkt. No. 8]** |

　　　The parties jointly move the Court for an order remanding the case to the Commissioner for further administrative proceedings pursuant to sentence four, section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Dkt. No. 8.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. *Id.*

　　　Good cause appearing, the Court **GRANTS** the parties' motion and hereby further **ORDERS** that the final decision of the Commissioner is reversed.  The case is remanded to the Commissioner.  On remand, the Commissioner will further develop the record as additionally needed, offer Plaintiff the opportunity for a new

hearing, and issue a new decision.  The Clerk of the Court is directed to enter final judgment in favor of Plaintiff and against Defendant and terminate the case.

**IT IS SO ORDERED**.

Dated: October 24, 2023

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge